# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00564-CV

**OTE Group, Inc. and Organic Style Lab, Inc., Appellants**

**v.**

**RJB Operating, LLC, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-07-001447, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants OTE Group, Inc. and Organic Style Lab, Inc. have filed a Motion to Dismiss in which they assert that they have settled their dispute with appellee RJB Operating, LLC and wish to have this appeal dismissed. We grant their motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Dismissed on Appellants' Motion

Filed:   January 9, 2008